JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MORENO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EMERITUS CORPORATION, a Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:15-CV-00307 RGK (KKx)<br><br>[PROPOSED] ORDER RE STIPULATION VOLUNTARILY DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>[F. R. CIV. P. RULE 41(A)(1)(A)(II)] |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

The Court, having read and considered The Parties' Stipulation to Voluntarily Dismiss the Entire Action With Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action on file with the above-entitled Court in Case No. 5:15-CV-00307 RGK (KKx) is voluntarily dismissed with prejudice in its entirety against all Defendants, with each party to bear its own respective costs of suit and attorneys' fees.

**IT IS SO ORDERED.**

Dated: MAR 3 1 2015

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT
COURT JUDGE

Firmwide:132588804.1 051918.1123
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.